Dorothy B. Ives, as Executrix of the Estate of Mary B. Ives, Deceased, Suing on Behalf of Herself and All Other Creditors of Leon A. Birck, Deceased, Who Shall Come in and Be Made Parties Hereto, and Contribute to the Costs of This Action, Respondents, v. Helen H. Birck, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of Ferdinand Straus, Deceased, as a Will of Real and Personal Property. Emma Newman, Proponent, Respondent, Clara Dorner Straus and Kenneth J. Mullane, as Special Guardian, etc., Contestants, Appellants, Arlene Albert and Others, Respondents. — Decree affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [154 Misc. 31.]

Coliseum DeLuxe Lunch, Inc., Appellant, v. Salvatore Citarella and Another, Respondents, Impleaded with Another.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Constantine Tambaco, Respondent, v. Community Court Apartments, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

National Surety Corporation, Respondent, v. Edward V. McGovern Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Isaac Brooks and Another, Respondents, v. I. Edward Moses, Deceased, Defendant, and Gussie D. Moses, as Administratrix, etc., of I. Edward Moses, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Aida Mayo, Respondent, v. Elkabess Company, Inc., and Others, Appellants, Impleaded with Another.— Orders affirmed, each with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Mildred Rampone, Respondent, v. John B. Robinson, Defendant, Impleaded with Philip Spaldo, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Pauline Hirschlag and Another, Respondents, v. John H. Eggers (Sued as John T. Eggers), Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Charles H. Gilman, Appellant, v. R. E. Carrick & Co., Inc., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.